**Ross Glenn MOORMAN, Jr.,**
**Plaintiff–Appellant,**

v.

**UNUMPROVIDENT CORPORATION, a Delaware corporation, in its individual capacity and as controlling parent of its wholly owned subsidiary, Unum Life Insurance Company of America, a Maine corporation, Unum Life Insurance Company of America, a Maine corporation, in its individual**

capacity and as a wholly owned and controlled subsidiary of UnumProvident Corporation, Unum Corporation, a Maine corporation merged to form UnumProvident Corporation, in its individual capacity and as controlling parent company of its wholly owned subsidiary, Unum Life Insurance Company of America, A Maine corporation, Defendants–Appellees.

No. 08–11532.

United States Court of Appeals, Eleventh Circuit.

Dec. 17, 2008.

Rhonda Michele Moorman, Moorman Medical Legal Consulting, Inc., Douglas, GA, for Plaintiff–Appellant.

Nikole Marie Crow, Elizabeth J. Bondurant, Kenton Jones Coppage, Smith Moore Leatherwood LLP, Atlanta, GA, for Defendants–Appellees.

Before BIRCH and PRYOR, Circuit Judges, and STROM,* District Judge.

PER CURIAM:

This appeal presents issues about an insurer's decision to terminate a policyholder's long-term disability benefits. Unum Life Insurance Company of America terminated the long-term disability benefits of Ross Glenn Moorman Jr. after twelve months because there was no medical evidence that Moorman continued to qualify for benefits. Moorman sued Unum under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.*, and the Racketeer Influenced Corrupt Organization Act of 1970, 18 U.S.C. §§ 1961 *et seq.* The district court granted summary judgment in favor of Unum and this appeal followed. After oral argument and a thorough review of the record and the parties' briefs, we conclude that the district court did not abuse its discretion or commit any reversible error.

The summary judgment in favor of Unum is **AFFIRMED**.